OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



4/15/2015

02 1R
0002003152          APR 16 2015
MAILED FROM ZIPCODE 78701

$ 00.26

**MONROE, BRANDON JAMES** Tr. Ct. No.                    WR-82,942-01

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus.

Abel Acosta, Clerk

R.T.S

BRANDON JAMES MONROE
LYNN COUNTY JAIL
810 LOCKWOOD STREET
TAHOKA, TX 79373

R.T.S

79373